C. Edward MOORE, Plaintiff—
Appellant,

v.

CITY OF SANTA MONICA, California;
et al., Defendants—Appellees.

No. 05–56014.

United States Court of Appeals,
Ninth Circuit.

Submitted June 12, 2006.*

Decided June 19, 2006.

C. Edward Moore, Santa Monica, CA,
pro se.

Debra S. Kanoff, Esq., Office of the City
Attorney, Santa Monica, CA, Paul C. Ep-
stein, Esq., Office of the California Attor-
ney General, Los Angeles, CA, for Defen-
dants–Appellees.

Before: WALLACE, KLEINFELD and
BERZON, Circuit Judges.

* The panel unanimously finds this case suitable
for decision without oral argument. *See* Fed.
R.App. P. 34(a)(2).

MEMORANDUM **

C. Edward Moore appeals pro se from the district court's order dismissing his 42 U.S.C. § 1983 action alleging due process and equal protection violations arising from parking tickets he received in Santa Monica. We have jurisdiction under 28 U.S.C. § 1291. We review de novo the district court's dismissal for failure to state a claim, *Nelson v. Heiss,* 271 F.3d 891, 893 (9th Cir.2001), and we affirm.

The district court properly dismissed Moore's equal protection claim alleging that urban dwellers receive more parking tickets than suburban and rural dwellers. *See Wayte v. United States,* 470 U.S. 598, 608–10, 105 S.Ct. 1524, 84 L.Ed.2d 547 (1985) (a mere failure of those who admin-ister the law to treat equally all persons who violate the law does not constitute a denial of equal protection).

The district court also properly dis-missed Moore's due process claims as the State of California provides an adequate post-deprivation remedy. *See Hudson v. Palmer,* 468 U.S. 517, 532, 104 S.Ct. 3194, 82 L.Ed.2d 393 (1984); *see also* Cal. Veh. Code § § 4025 & 40215(b).

The district court did not abuse its dis-cretion by dismissing Moore's action with-out leave to amend, because the deficien-cies in the complaint could not be cured. *See Lopez v. Smith,* 203 F.3d 1122, 1130–31 (9th Cir.2000) (en banc).

Moore's remaining contentions are with-out merit.

**AFFIRMED.**

** This disposition is not appropriate for publi-cation and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.